UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAR 3 1 2006
MICHAEL N. MILBY, CLERK OF COURT

AO 440 (Rev. 10/93) Summons in a Civil Action

06-839

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 28, 2006 |
| NAME OF SERVER *(PRINT)* Marcos Larlizabal | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Farid Virani at 12550 Reed Rd Ste 100 Sugarland, TX 77478

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
MAR 3 1 2006
MICHAEL N. MILBY, CLERK OF COURT

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-28-06 at 2:16pm
Date

[signature] SCH768 Marcos Larlizabal
*Signature of Server*

6065 Hillcroft 509
Hstn TX 77081
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas - Houston Division

**SHAIL KUMAR**

V.

**AST SOLUTIONS, L.L.C.**
**d/b/a PREPAID WORKS,**
**PRIME COMMUNICATIONS, L.P.**
**and FARID VIRANI, INDIVIDUALLY,**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**H 06 0839**

TO: (Name and address of Defendant)

Farid Virani
12550 Reed Road
Suite 100
Sugar Land, TX 77478

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARK G. LAZARZ
**SHELLIST ☆ LAZARZ** LLP
3D/International Tower
1900 West Loop South, Suite 1910
Houston, Texas 77027
(713) 621-2277

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**MICHAEL N. MILBY**

CLERK

MAR 14 2006

DATE

(By) DEPUTY CLERK